IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:10-cr-00495-BR |
| PLAINTIFF, | ORDER TO SEAL |
| v. | |
| RICK SANCHEZ MENDOZA, | |
| DEFENDANT. | |

This matter having come before the Court on motion of the defendant requesting that Defendant's Unopposed Motion to Reset Sentencing be filed under seal,

IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Reset Sentencing shall be filed under seal.

Dated this 2nd day of July, 2013.

_____
Anna J. Brown
United States District Judge

Submitted by:

*/s/ Patrick J. Ehlers*
Patrick J. Ehlers
Attorney for Defendant

Page 1   ORDER TO SEAL